TODD A. NOAH (SBN 152328)
OMAIR M. FAROOQUI (SBN 207090)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail: tnoah@dergnoah.com
ofarooqui@dergnoah.com

Attorneys for Plaintiff
ROBOLAW CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBOLAW CORPORATION, | Case No. C-06 2153 PVT |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| vs. | JOINT ADR CERTIFICATION |
| BISK EDUCATION, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

The parties stipulate to participate in the Court process of mediation.

Dated: July 25, 2006

For Todd A. Noah
Counsel for Robolaw Corporation

Dated: July 25, 2006
It Is So Ordered

*Patricia V. Trumbull*
Patricia V. Trumbull
United States Magistrate Judge

William J. Seiter
Counsel for Bisk Education, Inc.

-1-

STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION
Case No. C 06-2153