WILLIAM J. SEITER (SBN106316)
SEITER & CO.
220 26th Street, Suite 202
Santa Monica, California 90402
Phone: 310.395.6100
Fax:    310.395.6115
williamjseiter@seiterandco.com
Attorneys for Defendant
BISK EDUCATION, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBOLAW CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BISK EDUCATION, INC.,<br><br>　　　　Defendant. | Civil Action No. C-06 2153 PVT<br><br>**DEFENDANT BISK EDUCATION, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** |

Defendant, BISK EDUCATION, INC. ("Bisk"), by and through its undersigned counsel, hereby requests, in accordance with Local Rule 16-10(a), that lead trial counsel for Bisk in the above-captioned case, Jerold I. Schneider, Esq. and Mark D. Passler, Esq., of Akerman Senterfitt, Esperante Building, Fourth Floor, 222 Lakeview Avenue, West Palm Beach, Florida 33401, be permitted to participate by telephone in the initial Case Management Conference in this case, scheduled for Tuesday, August 15, 2006, at 2 p.m. The grounds for this request are that it would be unduly expensive and onerous for Bisk to have Messrs. Schneider and/or Passler travel from West Palm Beach, Florida to San Jose, California at this time.

| | |
|---|---|
| 1 | Dated: August 8, 2006 |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | SEITER & CO. |
| 5 | |
| 6 | |
| 7 | By: /s/ William J. Seiter |
| | William J. Seiter |
| 8 | Attorneys for Defendant and Counterclaimant |
| | BISK EDUCATION, INC. |

IT IS SO ORDERED:

Dated: August 8, 2006

*Patricia V. Trumbull* (signature)

Hon. Patricia V. Trumbull
United States Magistrate Judge