TODD A. NOAH (SBN 152328)
OMAIR M. FAROOQUI (SBN 207090)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         ofarooqui@dergnoah.com

Attorneys for Plaintiff and Counterdefendant
ROBOLAW CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBOLAW CORPORATION, | ) Civil Action No. C-06 2153 |
| | ) ORDER GRANTING |
| Plaintiff, | ) **PLAINTIFF ROBOLAW** |
| | ) **CORPORATION'S REQUEST TO** |
| | ) **APPEAR AT CASE MANAGEMENT** |
| vs. | ) **CONFERENCE BY TELEPHONE** |
| | ) |
| BISK EDUCATION, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| AND RELATED COUNTERCLAIMS | ) |

Plaintiff Robolaw Corporation ("Robolaw"), by and through its counsel of record, hereby requests, in accordance with Local Rule 16-10(a), that lead trial counsel for Robolaw in the above-captioned case, Todd A. Noah, Esq. of Dergosits & Noah LLP, Four Embarcadero Center, Suite 1450, San Francisco, California 94111, be permitted to appear by telephone at the Initial Case Management Conference in this case scheduled for Tuesday, August 15, 2006 at 1:00 p.m.

/ / /

/ / /

/ / /

/ / /

-1-

REQUEST TO APPEAR BY TELEPHONE FOR CMC
Civil Action No. C 06-2153

On August 8, 2006, the Court granted a similar request by defendant Bisk Education, Inc.

Dated: August 11, 2006                     DERGOSITS & NOAH LLP


                                           By:____/s/ Todd A. Noah_____
                                              Todd A. Noah
                                              Attorneys for Plaintiff and Counterdefendant
                                              ROBOLAW CORPORATION


IT IS SO ORDERED.


Dated: August 14, 2006                     *Patricia V. Trumbull* (signature)
                                           _____
                                           Hon. Patricia V. Trumbull
                                           United States Magistrate Judge