UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBOLAW CORPORATION, | ) | Case No.: C-06-2153   PVT |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| BISK EDUCATION, INC., | ) ) | |
| Defendant. | ) ) | |

A case management conference was held on August 15, 2006. The parties reported that the case was close to settling and the case management conference was continued to September 12, 2006. On September 11, 2006, the parties filed a stipulation to continue the case management conference to September 26, 2006. In order to provide the parties with adequate time,

IT IS HEREBY ORDERED that:

1. The case management conference is continued to October 17, 2006 at 2:00 p.m.

2. The parties shall appear in person; and

3. No further continuances will be granted for this case management conference.

Dated: September 12,  2006

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*